IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| GUADALUPE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-2520-JTM |
| | ) | |
| SOUTHWESTERN BELL TELEPHONE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On January 11, 2011, the court granted the unopposed motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to the charge filed by the plaintiff, Guadalupe Alexander, against the defendant, Southwestern Bell Telephone Company **(doc. 13)**. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for in camera review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature and, therefore, are not discoverable.

Copies of this order shall be served on all counsel of record and on the KHRC.

IT IS SO ORDERED.

Dated April 8, 2011, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge